UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN AIKENS,

     Petitioner,

v.

FREDEANE ARTIS,

     Respondent.

Case No. 24-cv-12234

Honorable Robert J. White

## ORDER GRANTING PETITIONER'S MOTION TO AMEND THE HABEAS PETITION (ECF No. 16)

Petitioner Allen Aikens filed *pro se* a petition for habeas relief under 28 U.S.C. § 2254.  (ECF No. 1).  Respondent Fredeane Artis answered the petition in opposition to the requested relief. (ECF No. 13).  Before the Court is Petitioner's motion to amend his habeas petition. (ECF No. 16). Petitioner seeks to delete unexhausted claims and clerical errors and to provide a more legible petition. (*Id.* at PageID.2875).

Under the Federal Rules of Civil Procedure, a party may amend a pleading within 21 days of service of the responsive pleading.  *See* Fed. R. Civ. P. 15(a)(1); *see also* 28 U.S.C. § 2242 (habeas petitions "may be amended or supplemented as provided in the rules of procedure applicable to civil actions").  Respondent filed

and mailed their answer on March 18, 2025. (ECF No. 13, PageID.387).  Petitioner signed and dated his motion to amend the petition on April 8, 2025, within the applicable 21-day period. *See Wilson v. Braman*, No. 5:23-cv-10132, 2024 WL 691352, at *1 n.1 (E.D. Mich. Feb. 20, 2024) (treating habeas petition as filed on the date it was signed and dated per the prisoner mailbox rule).  Accordingly, the Court will grant Petitioner's motion to amend, and the amended petition included with his motion is now the operative petition. (ECF No. 16).  The parties need not file further pleadings at this this time.

* * *

For the reasons given, the Court **ORDERS** that the motion to amend petition for writ of habeas corpus (ECF No. 16) is **GRANTED**.

Dated: February 27, 2026                s/Robert J. White
                                           Robert J. White
                                           United States District Judge

2