UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN AIKENS, *also known as* ALLEN ATKINS,

    Petitioner,

v.

JAMES SCHIEBNER,

    Respondent.

Case No. 24-cv-12234

Honorable Robert J. White

## JUDGMENT

The above-entitled matter having come before the Court on a petition made pro se for a writ of habeas corpus, the Honorable Robert J. White, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

KINIKIA D. ESSIX
CLERK OF COURT

By:  s/Tara Villereal_____
        Deputy Clerk

Dated:      April 6, 2026

Approved: s/Robert J. White
              Robert J. White
              United States District Judge