UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN AIKENS, *also known as* ALLEN ATKINS,<br><br>Petitioner,<br><br>v.<br><br>JAMES SCHIEBNER,<br><br>Respondent. | Case No. 24-cv-12234<br><br>Honorable Robert J. White |

**ORDER DENYING MOTION FOR QR CODE (ECF No. 34)**

Petitioner Allen Aikens asked the Court to grant a writ of habeas corpus under 28 U.S.C. § 2254 based on ineffective assistance of both his trial and appellate counsel. (ECF No. 16, PageID.2878). The Court denied the habeas petition. (ECF No. 31). Aikens thereafter filed a notice of appeal with the Sixth Circuit of the Court's denial. (ECF No. 33). In conjunction with his notice of appeal, Aikens filed a motion for "downloading of QR code." (ECF No. 34). That motion is presently before the Court.

Aikens specifically requested that the Court "order the clerk's office to download a free QR code, so that [Aikens'] legal mail from the U.S. Eastern District's Clerk's office receives special handling, and opened only in [Aikens'] presence." (*Id.* at PageID.3117). Aikens identified a QR code service that

purportedly allows prisoners to register and receive a QR code that can be affixed to the outside of an envelope. (*Id.* at PageID.3116). Aikens claimed that his mail from the Eastern District of Michigan is being opened, read, and photocopied, and that the originals are destroyed outside of Aikens' presence. (*Id.* at PageID.3115).

The Court will deny Aikens' motion. First, the case is closed, so issues concerning the handling of his mail are not properly before the Court. Second, the Court's mailings to Aikens concern the Court's official business and are publicly available on the Court's docket. The mailings are not confidential nor are they deemed legal mail requiring special handling under Michigan Department of Corrections Policy Directive 05.03.118, ¶¶ JJ, LL (eff. 1/5/2026). Accordingly, the mail does not require a QR code.

* * *

For the reasons given, the Court **ORDERS** that the motion for downloading of QR code (ECF No. 34) is **DENIED**.

Dated: August 5, 2026

s/Robert J. White
Robert J. White
United States District Judge